GEORGE B. DANDY, SARAH D. MACK and AMELIA HADDEN, appellants,

*v.*

THE METHODIST SOCIETY OF IRELAND et al., respondents.

CORNELIUS HADDEN, executor &c. of James H. Dandy, deceased, appellant,

*v.*

THE METHODIST SOCIETY OF IRELAND et al., respondents.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Hadden* v. *Dandy, 6 Dick. Ch. Rep. 154.*

*Mr. Benjamin A. Vail* and *Mr. Clarence D. Ward,* for the appellants.

*Mr. Thomas J. Kennedy,* for the respondents.

PER CURIAM.

Decree affirmed as to both appeals, for the reasons given in the court of chancery.

*For affirmance* — THE CHIEF-JUSTICE, ABBETT, DEPUE, DIXON, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, KRUEGER, SMITH—13.

*For reversal*—None.